UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**RONALD V. PHILLIPS JR,**            Case No. 16-43517
           Chapter 13
          Debtor.            Judge McIvor

_____/

DEBTOR'S OBJECTION TO PROOF OF CLAIM

    NOW COMES Debtor, SHAWN GARY, by and through his undersigned counsel, and for their objection submits as follows:

1. Michigan Department of Treasury (hereafter, "Creditor") filed a proof of claim on 8/08/16 (Pacer Claim No. 6), wherein the Creditor asserts a general unsecured claim of $1,200.00.

2. The Debtor objects to Creditor's general unsecured claim of $1,200.00 because the claim is comprised solely of Driver Responsibility Fees; however, these fees are pending forgiveness in entirety pursuant to Governor Snyder's approval of House Bills 5040-5046, effective October 1, 2018.

3. Allowing Creditor's proof of claim is inconsistent the intent and plain language of the new law;

4. Specifically, the new law orders that Driver Responsibility Fees are completely forgiven for individuals effective 10/1/2018, and that until that date, no outstanding responsibility fees shall be collected by the State.

    **WHEREFORE**, the Debtor requests this Honorable Court disallow Claim No. 6 in the amount of $1,200.00 filed by MICHIGAN DEPARTMENT OF TREASURY and grant any other further relief as this Court deems equitable and just.

Dated: 3/7/2018           **/s/ Charissa Potts**
                              Attorneys for Debtor
                              Charissa Potts (P73247)
                              Anne Sorge (P79468)
                              Freedom Law, PC
                              Kennedy Building
                              18121 E. Eight Mile Rd., Suite 301
                              Eastpointe, MI 48021
                              313.887.0807
                              info@freedomlawpc.com