# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**RONALD V. PHILLIPS JR,**                                    Case No. 16-43517
                                                              Chapter 13
          Debtor.                                    Judge McIvor

_____/

## STIPULATION FOR WITHDRAWAL PURSUANT TO LBR 9014-1(j) OF DEBTOR'S OBJECTION TO PROOF OF CLAIM (Filed 3/8/2018 at Docket No. 44)

This matter having come before the Court on the Debtor's Objection to Creditor's Proof of Claim (PACER Claim No. 6); and upon stipulation and consent of the parties, and the Court being otherwise fully advised:

IT IS STIPULATED that that the parties have agreed to a withdrawal of the Debtor's Objection to Creditor's Proof of Claim (PACER Claim No. 6), Filed on 3/8/2018 at Docket No. 44.

Approved:

| | |
|---|---|
| **/s/ __Moe Freedman_____** | **/s/ Charissa Potts** |
| Moe Freedman (P74224) | Charissa Potts (P73247) |
| Assistant Attorney General | Attorney for Debtor |
| SCFRA & Collections Division | Freedom Law, PC |
| 3030 W. Grand Boulevard Suite 10-200 | Kennedy Building |
| Detroit, MI 48202 | 18121 E. Eight Mile Rd., Suite 301 |
| 313-456-1040 | Eastpointe, MI 48021 |
| Freedmanm1@michigan.gov | 313-887-0807 |
| | info@freedomlawpc.com |